AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

DOUGLAS EDWIN CASIMIRI

Case No. 8:18-cr-167-T-17JSS

*Defendant*

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DOUGLAS EDWIN CASIMIRI,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h), and Money Laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

Date: April 6, 2018

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/6/18, and the person was arrested on *(date)* 4/6/18
at *(city and state)* Tampa, Fl.

Date: 4/6/18

*Arresting officer's signature*

*Printed name and title*