UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  Case No. 8:18-cr-167-T-17JSS

DOUGLAS EDWIN CASIMIRI

### ORDER OF FORFEITURE AND PRELIMINARY ORDER OF FORFEITURE FOR SPECIFIC ASSETS

The United States moves under 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for a $100,000.00 Order of Forfeiture, representing the amount of money involved in the money laundering conspiracy that the defendant kept as profit, as well as forfeiture of the following assets:

    a. Approximately $65,018.15 seized from account number 898066375392 at Bank of America;

    b. Approximately $48,145.12 seized from account number 898066374584 at Bank of America;

    c. Approximately $14,519.24 seized from account number 898090459051 at Bank of America;

    d. Approximately $18,058.55 seized from account number 229055666131 at Bank of America;

    e. Approximately $54,875.64 seized from account number 7908684595 at Fifth Third Bank;

    f. Approximately $32,297.66 seized from account number 8898091888045 at Bank of America;

g. Approximately $25,781.03 seized from account number 0232235194 at Regions Bank;

h. Approximately $184,063.69 seized from account number 1000207756999 at SunTrust Bank;

i. Approximately $62,528.76 seized from account number 1000207220848 at SunTrust Bank;

j. Approximately $91.56 seized from account number 000000239332577 at JPMorgan Chase Bank;

k. Approximately $7,632.07 seized from account number 3666055078 at Northwest Bank;

l. Approximately $119,000 seized from account number 250508501 at JPMorgan Chase Bank;

m. Approximately $261,000 seized from account number 250080618 at JPMorgan Chase Bank;

n. Approximately $208,000 seized from account number 3633016580 at JPMorgan Chase Bank;

o. Approximately $351,000 seized from account number 6622981378 at Wells Fargo Bank;

p. Approximately $40,000 seized from account number 4346971173 at TD Bank;

q. Approximately $88,037.01 seized from account number 207032350 at Citibank;

r. Approximately $260,239.33 seized from account number 1895163689 at Comerica Bank;

    s.    Approximately $44,371.00 seized from account number 229054841928 at Bank of America; and

    t.    Approximately $236,485 seized from account number 36021908173 at Capital One Bank.

Being fully advised of the relevant facts, the Court finds that the defendant pleaded guilty to conspiracy to commit money laundering and he kept as profit $100,000.00 of the funds involved the conspiracy. In addition, the funds identified above were involved in the conspiracy to commit money laundering offense and are forfeitable under 18 U.S.C. § 982(a)(1).

Accordingly, it is ORDERED that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to the provisions of 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the United States is entitled to forfeit the $100,000.00 involved in the offense that the defendant kept as profit.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 982(a)(1) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the funds identified above are FORFEITED to the United States of America for disposition according to law.

Because the $100,000.00 in proceeds was dissipated by the defendant,

CASE NO. 8:18-CR-167-T-17JSS

the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1), forfeiture of any of the defendant's property up to the value of $100,000.00. The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 15th day of NOVEMBER, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE